IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **COLORADO BIOLABS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 6:23-cv-00264 |
| | ) | |
| **THREE ARROWS NUTRA, LLC,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Colorado Biolabs, Inc. ("**CBL**" or "**Plaintiff**") brings this Original Complaint against Three Arrows Nutra, LLC ("**Three Arrows**" or "**Defendant**") as follows:

## INTRODUCTION

1. CBL is a leading United States producer and seller of Heme Iron dietary supplements. CBL brings this action to protect itself, the market, and the public from Thee Arrows' "IronRepair *Heme Plus*" and "IronRepair *Simply Heme*" products (jointly, the "**IronRepair Products**"), which Three Arrows has mispresented and misbranded as containing "Heme Iron." In truth, these products contain no measurable quantities of Heme Iron. CBL seeks an injunction against the marketing, sale, and distribution of these products; recovery of money damages, attorneys' fees, and costs of suit; and all other appropriate relief.

## PARTIES

2. CBL is a Colorado Private Corporation and does business in Texas and throughout the United States. CBL was founded in 1997 and is a leading producer of Heme Iron dietary supplements in the United States and internationally. CBL has spent 26 years and millions of dollars to develop its Heme Iron dietary supplements, the market for such products, CBL's brand, and its goodwill in the United States and abroad.

3. Three Arrows is a Texas limited liability company. Three Arrows' principal place of business is in Anderson County, Texas and it does business in Texas throughout the United States. Three Arrows' Registered Agent for service of process is Krystal Moore, 2682 County Road 2601, Tennessee Colony, Texas 75861

## JURISDICTION AND VENUE

4. Jurisdiction is based on 15 U.S.C. § 1121 (the Lanham Act).

5. Venue is proper in this District because Three Arrows' principal place of business is located here and the wrongful acts occurred or originated, in whole or in part, in this District.

## FACTUAL ALLEGATIONS

A. **Heme Iron vs. Non-Heme Iron Dietary Supplements**

6. Iron deficiency anemia occurs when a person's lack of iron prevents his or her body from producing a substance in red blood cells that enables them to carry oxygen. Approximately 2.8 million Americans suffer from iron deficiency anemia, and its symptoms can be debilitating: extreme fatigue, weakness, chest pain, accelerated heartbeat, headache, and dizziness or light-headedness, among others.

7. If untreated, iron deficiency anemia can become severe and lead to life-altering health problems, including enlarged heart or heart failure, pregnancy complications, and impeded growth and development in children. Data suggests that iron deficiency anemia affects more people than any other singular dietary condition.

8. The dietary supplement industry has developed iron supplements to help maintain and support healthy iron levels. All of those supplements fall into one of two categories – they all contain either Heme Iron or Non-Heme Iron.

9. Heme Iron is developed from animal sources, such as red meat, swine, poultry, and fish. Heme Iron is absorbed in a person's body at a much higher rate than Non-Heme Iron. This high absorption rate means that a person can safely and effectively take Heme Iron with our without food, and it does not require a simultaneous dose of Vitamin C for absorption. Heme Iron can also be safely and effectively taken by a person on certain acid reflux mediations. Lastly, Heme

Iron is less likely to afflict a person taking it with the severe gastrointestinal issues that can arise from the unabsorbed portion of the nutrient.

10. Non-Heme Iron, by contrast, is developed from plant sources, such as beans, nuts, lentils, and leafy vegetables. Its absorption rate in a person's body is much lower than with Heme Iron. A person taking Non-Heme Iron must take it on an empty stomach and with a Vitamin C supplement to help with absorption. And Non-Heme Iron will be ineffective for a person who is taking certain medications, including for acid reflux, or who is eating certain absorption-suppressing foods.

11. Perhaps most significant, Non-Heme Iron triggers the production and release of the chemical Hepcidin, which suppresses a person's ability to absorb nutrients. This means that Non-Heme Iron actually undercuts its own claimed objective, and it is largely unable to help maintain and support healthy iron levels in a safe and effective way

**B.     Colorado Biolabs' Products.**

12. CBL is in the dietary supplement business and its iron supplement products are marketed and sold under the name "Proferrin." CBL's products are made with naturally absorbable Heme Iron Polypeptide sourced from bovine blood, which allows for easy absorption from the small intestine into the blood stream. CBL has verified through scientific testing that its Proferrin products contain the amount of Heme Iron that is represented on their labels and as CBL otherwise represents and advertises to the public.

**C.     Three Arrows' Products.**

13. Three Arrows is actively marketing and selling its IronRepair Products as

 

containing Heme Iron.

14. Both of Three Arrows' IronRepair Products unquestionably claim the presence of Heme Iron directly on their labels. Three Arrows' website (https://threearrowsnutra.com) also markets the IronRepair Products and includes an online purchasing portal where customers can purchase them. That website repeatedly makes representations and claims, both expressly and by unmistakable implication, that Three Arrows' IronRepair Products contain Heme Iron. As examples:



15. Three Arrows' IronRepair Products are on the market and available for purchase

by consumers seeking to obtain genuine Heme Iron supplements. As discussed below, and despite Three Arrows' representations and product labeling, its IronRepair Products do not contain any measurable quantity of Heme Iron.

**D.     Laboratory Testing of Three Arrows' IronRepair Products**

16.     CBL monitors the Heme Iron market. CBL noticed that Three Arrows' website showed that its IronRepair Products were brown in color and claimed to be from bovine sources. CBL's products, which are also from bovine, is black in color. This created immediate red flags that Three Arrows' IronRepair Products did not actually contain Heme Iron and were mislabeled. Thus, CBL conducted and commissioned a series of scientific tests to confirm the actual iron content in Three Arrows' products and whether that iron was Heme Iron.

17.     In or around August 2021, CBL conducted an internal test of Three Arrows' "IronRepair *Heme Plus*" for the presence of Heme Iron. That test revealed that IronRepair *Heme Plus* contains just 3-7% of the amount of Heme Iron that is represented on that product's labeling. In or around June 2022, CBL conducted the same test on Three Arrows' "IronRepair *Simply Heme*" product. Those results were even worse, revealing that IronRepair *Simply Heme* contains just 1-2% of the amount of Heme Iron reflected on that product's labeling.

18.     In or around September 2021, during the period between CBL's two internal tests, it hired Huffman Hazen Laboratories, an independent third-party facility, to test the iron content of Three Arrows' IronRepair *Heme Plus* product. Huffman Hazen confirmed that this product contains between 14.7 and 20.7 iron mg/capsule. Thus, the actual iron content of IronRepair *Heme Plus* is either significantly lower or higher that the 20 mg/capsule that is represented on its label. This suggests that Three Arrows did not even test its IronRepair *Heme Plus* product for actual iron content before releasing it to the public.

19.     Most recently, in or around February 2023, CBL submitted to the University of Utah samples of its own Proferrin products and various other iron supplements currently on the market – including Three Arrows "IronRepair *Simply Heme*" product – for testing. The University of Utah has one of the few laboratories in the United States that has a validated process for testing

dietary supplements for the presence of Heme Iron. The University of Utah lab conducted a "spectral analysis of hemes" on Three Arrows' IronRepair *Simply Heme* and found "0.00 mg Fe per tablet." Those test results reflected that Heme Iron was "not detectable" in Three Arrows' IronRepair *Simple Heme* product.

E.     **Three Arrows Knows Heme Iron Is a Superior Product.**

20.    Three Arrows' misrepresentations and mis-labeling of its IronRepair Products is especially egregious because Three Arrows well knows that Heme Iron products are far more effective and safer for consumers that Non-Heme Iron products. Three Arrows' website is definitive about the numerous benefits of Heme Iron over Non-Heme Iron:





21. Three Arrows' website also includes a lengthy testimonial advertisement from Krystal Moore, its Chief Executive Officer, in which Ms. Moore touts the many benefits of Heme Iron over Non-Heme Iron:

> So the first secret is that there are actually two totally different kinds of iron in supplements. All the supplements that my doctor would casually mention, or that I found on store shelves, contain a synthetic form of iron called Non-Heme. […] But, get this! We only absorb an average of about 3% of the iron in those Non-Heme supplements! [...] The problem is that absorbing that Non-Heme Iron is kind of like trying to fit a square peg in a round hole. Our bodies simply cannot absorb the iron in this form. […] Well, all of that unabsorbed iron stays, bumping around in our gut. Kind of like an angry party guest that won't leave, causing oxidation and inflammation. And this is why we feel all of the painful side effects like heartburn, cramps, nausea, and constipation after taking those traditional non-heme supplements. But, the other form of iron is called Heme Iron, and it naturally has a 10 times better absorption rate. And studies show that our bodies actually prefer Heme and we have a special absorption pathway designed just for heme iron. Which means that we can absorb heme in its natural form, without having to do any complicated conversions which is why Heme is gentle on the gut and it doesn't cause all of the nasty side effects.

22. Ms. Moore's testimonial advertisement then repeats the false claim that Three Arrows' IronRepair Products contain Heme Iron:

> But finally, would it be okay if I shared some good news with you after all of that? Now we have a better way to fight back against iron deficiency. IronRepair is scientifically formulated to harness the naturally high absorption of Heme Iron in a strategic dose that works with your body and does not trigger your Hepcidin bodyguards.

**F.    Three Arrows' Conduct Has Injured CBL and the Consuming Public.**

23. Three Arrows' mislabeled and falsely represented IronRepair Products have eroded, and will continue to erode, CBL's brand as a genuine Heme Iron producer and seller. Three Arrows' IronRepair Products have caused, and will continue to cause, CBL to lose market share and suffer other injuries.

24. Three Arrows' false and misleading labeling and advertising statements and omissions are also damaging to the consuming public. These false and misleading representations are designed to entice consumers to purchase the IronRepair Products over CBL's products.

Specifically, Three Arrows' false and misleading representations regarding the ingredients of its IronRepair Products deceive consumers, causing them to believe that their product, like CBL's products, contain Heme Iron. The truth is that the IronRepair Products do not contain measurable amount of Heme Iron.

25.     Three Arrows entices consumers who would otherwise buy CBL's genuine Heme Iron products to buy its misrepresented and misbranded IronRepair Products instead. In doing so, Three Arrows wrongfully misleads and deceives consumers, tricking them into believing that they are getting a similar product (namely, a genuine Heme Iron supplement), when in fact they are getting a product which contains no measurable amount of Heme Iron.

26.     The natural, probable, and foreseeable result of Three Arrows' wrongful conduct has been and will be to cause confusion and deception in the Heme Iron market as a whole, to deprive CBL of business and goodwill, and to injure CBL's relationships with existing and prospective customers.

27.     By falsely labeling and advertising the IronRepair Products as Heme Iron supplements, Three Arrows is engaging in unfair competition and false advertising, as set forth below.

## FIRST CLAIM FOR RELIEF

(False Advertising and Unfair Competition Under Lanham Act §43(a), 15 U.S.C. 1125(a))

28.     Plaintiff incorporates by reference Paragraphs 1 through 29 above as though fully set forth herein.

29.     CBL is informed and believes that Three Arrows has made and distributed, and intends to further distribute, in interstate commerce, labels and advertisements that contain statements of fact regarding the IronRepair Products that are false and misleading.

30.     These labels and advertisements contain actual misstatements and/or misleading statements and failures to disclose, including, among others, the statement that Three Arrows' product contains Heme Iron when in fact they contain no Heme Iron. Three Arrows fails to include any clarifying language on its products or elsewhere to explain that its IronRepair Products do not

actually contain Heme Iron.

31. CBL is informed and believes that Three Arrows' false and misleading statements have deceived or are likely to deceive reasonable consumers.

32. CBL is informed and believes that Three Arrows' misleading statements are material, in that they go to the heart of the IronRepair Products' value as being understood by the consuming public to be a Heme Iron product.

33. CBL is informed and believes that Three Arrows' practices constitute unfair competition, in that the marketing and sale of Non-Heme Iron products purporting to contain Heme Iron dilutes the value of authentic Heme Iron products and confuses consumers who purchase IronRepair Products reasonably believing they are getting a product containing Heme Iron when they are not.

34. By deceiving consumers into thinking they are getting Heme Iron from the IronRepair Products, Three Arrows is attempting to obtain, and will obtain unless enjoined, a wrongful and unfair competitive advantage, because Three Arrows can undercut CBL's market, or make more profit for equivalent volumes, or both.

35. Unless Three Arrows is enjoined, consumers will be confused, the meaning of genuine Heme Iron will be diluted, and consumers will be immediately and irreparably injured.

36. Unless Three Arrows is enjoined, CBL will continue to suffer immediate and irreparable injury, including the loss of its reputation and goodwill associated with 26 years of developing and marketing Heme Iron products under CBL's brands. CBL's loss of its reputation and goodwill in the marketplace would be irreparable.

37. Unless Three Arrows is enjoined, CBL's market with distributors, retailers, and consumers will be damaged.

38. Unless Three Arrows is enjoined, CBL will lose money, lose sales to Three Arrows, and lose market share to Three Arrows.

39. Since Three Arrows' IronRepair Products do not contain measurable amounts of Heme Iron, Three Arrows cannot lawfully label, advertise, market or sell them as containing Heme

Iron or as Heme Iron products. 21 CFR § 101.3 *et seq.*

40. Three Arrows' false and misleading advertising statements and omissions violate the Lanham Act § 43(a), 15 U.S.C. §1125(a).

41. Plaintiff is without an adequate remedy at law.

42. Pursuant to 15 U.S.C. §1116, Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief, restraining Three Arrows, its officers, agents, employees, and all persons acting in concert with them, from engaging in further such unlawful conduct.

43. Pursuant to 15 U.S.C. §1117, Plaintiff is entitled to recover from Three Arrows the damages sustained by Plaintiff as a result of Three Arrows' acts in violation of Lanham Act § 43(a). Plaintiff is at present unable to ascertain the full extent of the damages it has suffered by reason of Three Arrows' unlawful acts.

44. Pursuant to 15 U.S.C. §1117, Plaintiff is further entitled to recover from Three Arrows the gains, profits, and advantages that they have obtained as a result of their acts. Plaintiff is at present unable to ascertain the full amount of the gains, profits, and advantages Three Arrows has obtained by reason of its unlawful acts.

45. Pursuant to 15 U.S.C. §1117, Plaintiff is further entitled to recover the costs of this action. Moreover, Plaintiff is informed and believes, and on that basis alleges, that Three Arrows' conduct was undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional damages and reasonable attorneys' fees.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues properly triable by jury.

## **PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

1. That Three Arrows be preliminarily and permanently enjoined from advertising, marketing, or selling their misbranded its "IronRepair *Heme Plus*" and "IronRepair *Simply Heme*" products;

2. That Three Arrows be required to correct erroneous impressions that the public may have derived concerning its "IronRepair *Heme Plus*" and "IronRepair *Simply Heme*" products, including without limitation, the placement of corrective advertising and written notice to the public.

3. For actual damages according to proof;

4. For treble damages as a result of Three Arrows' willful, intentional, and deliberate violation of the Lanham Act;

5. For additional equitable relief, including disgorgement of any proceeds Three Arrows received from the sale of its misbranded "IronRepair *Heme Plus*" and "IronRepair *Simply Heme*" products and the destruction of Three Arrows' misleading and deceptive advertising materials and products;

6. For its costs of suit, including reasonable attorneys' fees, for pursuing this action; and

7. For such other and further relief as the Court deems just and proper.

Date: May 19, 2023

Respectfully submitted,

By: */s/ Daniel P. Elms*
Daniel P. Elms
Texas Bar No. 24002049
elmsd@gtlaw.com
Jennifer Bartlett
Texas Bar No. 24097345
bartlettj@gtlaw.com

**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214)-665-3600
Facsimile: (214) 665-3601

***Attorney for Plaintiff Colorado Biolabs, Inc.***